

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*          main:  (973) 297-2024
*Newark, NJ 07102*                     direct: (862) 412-7410
*Jewell.Stewart @usdoj.gov*            fax:    (973) 645-2702

August 10, 2026

**<u>BY ECF</u>**

Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***CILIA QUINTERO v. SOTO et al.*, No. 2:26-cv-08715-MCA**
>         **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action.  We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:15 p.m. on August 5, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> United States Attorney
>
> By:    *s/ Jewell Stewart*
>        JEWELL CHRISTIAN STEWART
>        Assistant United States Attorney
>        *Attorneys for Respondents*

cc:    Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/11/26